IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02CR166-2-V

FILED
CHARLOTTE, N. C.

FEB 21 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| vs. | ) ORDER |
| | ) |
| SABRINA McCORD | ) |

**THIS MATTER** is before the Court on its own motion to re-assign the above-captioned case. The Court finds that the interests of justice and judicial economy warrant the transfer of this case.

**IT IS, THEREFORE, ORDERED** that the above-captioned case be administratively re-assigned to the Honorable Graham C. Mullen.

**THIS** the 21st day of February 2006.

RICHARD L. VOORHEES
United States District Chief Judge